B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Feinstein, Charles M. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA The Center for Bladder Control; DBA Charles M. Feinstein & Associates; DBA Lake Shore Rejuvenation | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>xxx-xx-6639 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2535 Greenview Road<br>Northbrook, IL<br>ZIP Code 60062 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13) | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Feinstein, Charles M. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                         Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Feinstein, Charles M. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Charles M. Feinstein
_____
Signature of Debtor  Charles M. Feinstein

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

October 16, 2013
Date

### Signature of Attorney*

X  /s/ Richard Fogel
_____
Signature of Attorney for Debtor(s)

Richard Fogel
_____
Printed Name of Attorney for Debtor(s)

Shaw Fishman Glantz & Towbin LLC
_____
Firm Name
321 N. Clark Street
Suite 800
Chicago, IL 60654

_____
Address

312-541-0151  Fax: 312-980-3888
_____
Telephone Number

October 16, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Charles M. Feinstein _____  Case No. _____

                                        Debtor(s)          Chapter    7 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Charles M. Feinstein
                        Charles M. Feinstein

Date:    October 16, 2013

.

Access One
POB 8501
Chicago, IL 60680-8501

AD Media
901 W Alameda Ave
Suite 102
Burbank, CA 91503

Advanced Sterilization Products
33 Technology Drive
Irvine, CA 92618

American Medical Systems
10700 Bren Road West
Minnetonka, MN 55243

Aramark
1851 Howard St
Suite F
Elk Grove Village, IL 60007

Architectural Digest
POB 37653
Boone, IA 50037-0653

Arizant Healthcare
POB 845450
Dallas, TX 75284-5450

ARM and Associates
1275 W Roosevelt Road
Suite 119
West Chicago, IL 60185

Ascher Bros. Painting
3033 West Fletcher St
Chicago, IL 60618

AT&T
PO Box 6416
Carol Stream, IL 60197-6416

```
AT&T
PO Box 8100
Aurora, IL 60507-8100


Autumn Save A Tree
550 Bedford Road
Bedford Hills, NY 10507-1605


Axiom Integrated Services
Attn: Bill Staub
1249 N. Clyburn Ave., #300
Chicago, IL 60610


B&B Betworks
245 W Roosevelt Rd
Bldg 3, Suite 17
West Chicago, IL 60185


Banana Republic Visa
POB 960017
Orlando, FL 32896-0017


Bank of America
c/o Vanessa Vargas
600 N. Cleveland Ave
Westerville, OH 43082


Bank of America
POB 15019
Wilmington, DE 19886-5019


Bank of America
POB 851001
Dallas, TX 75285-1001


Bank of America
Practice Solutions
POB 809155
Chicago, IL 60680-9121


Bank of America Practice Solutions
c/o Joseph L. Heeter
600 N. Cleveland Ave
Westerville, OH 43082
```

Bard
POB 75767
Charlotte, NC 28275


Berkson & Sons
333 Skokie Blvd., Suite 111
Northbrook, IL 60062


BIO-Medic Inc
13632 S. LeClaire Ave
Midlothian, IL 60445-1722


BK Medical Systems
POB 847416
Boston, MA 02284-7416


Bloomingdales
POB 183083
Columbus, OH 43218-3083


Blue Cross Blue Shield of IL


Caldera Medical
5171 Clareton Dr
Agoura Hills, CA 91301


Cardinal Health
POB 70539
Chicago, IL 60673-0537


Chase Industries
17 East Beltline
Suite 130
Grand Rapids, MI 49525


Chicago Womans Health
211 East Chicago Avenue
Suite 1200
Chicago, IL 60611-2637


CitiMortgage, Inc.

City of Evanston
Citation Processing Center
POB 3214
Milwaukee, WI 53201-3214


CJBS Accounting
2100 Sanders Road
Suite 200
Northbrook, IL 60062-6141


CL Medical Inc
165 Washington St.
Suite 2A
Winchester, MA 01890


CLIA Laboratory Program
POB 530882
Atlanta, GA 30353-0882


Coloplast
dept CH 19024
Palatine, IL 60055-9024


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Commercial Recovery Associates
attn: Robert Handler
205 W Wacker Dr #1818
Chicago, IL 60606


Conde Nast Traveler
POB 37626
Boone, IA 50037-0626


Consolidated Plastics
4700 Prosper Dr
Stow, OH 44224


Cook Medical Inc
22988 Network Place
Chicago, IL 60673-1229

Cynosure
Attn: Accts Rec
5 Carlisle Rd
Westford, MA 01886


David Hazan
Diver Grach Quade & Masini LLP
111 N. County Street
Waukegan, IL 60085


David M. Stepanich
32 N. West Street, Suite 210
Waukegan, IL 60085


DBMS LLC
Attn: Mark Burden
140 S Dearborn #800
Chicago, IL 60609


Designs for Vision, Inc.
760 Koehler Ave
Ronkonkoma, NY 11779


Diabetes Management Magazine
POB 37824
Boone, IA 50037-0824


Diversified Machinery
11497 Lakewood St.
Crown Point, IN 46307


Edible Arrangements
778 East Dundee Road
Palatine, IL 60074


Elisco Design
Steve Elisco
2546 Mulberry Lane
Northbrook, IL 60062


Express Publishing Corp
5253 W Belmont Ave
Chicago, IL 60641

Fahey Medical Center
581 Golf Road
Des Plaines, IL 60016-2349


Fifth Third Bank
Attn: Sylvia Cruz
215 N. Illinois Street MB8490A4
Indianapolis, IN 46204


Fifth Third Bank
Attn: Sylvia Cruz
215 N. Illinois St. MB8490A4
Indianapolis, IN 46204


First Assist Medical Staffing
1815 S Meyers Road
Suite 420
Villa Park, IL 60181


First National Bank of Omaha
Henry Schein Master Card
POB 2818
Omaha, NE 68103-2818


Forbes Magazine
POB 5472
Harlan, IA 51593-0972


GAP
POB 530942
Atlanta, GA 30353-0942


Glenwood Tree Experts
21457 Milwaukee Ave
Deerfield, IL 60015


Grandma's Chicken Soup
30 Commerce Way
Woburn, MA 01801


Great Lakes Surgical
14200 W Greenfield Ave
Brookfield, WI 53005

Hanover Insurance
POB 580045
Charlotte, NC 28258-0045


Hanson Roofing
2130 Jackson Ave
Evanston, IL 60201-2028


HBC Hellenic Broadcasting
721 Newcastle Dr.
Lake Forest, IL 60045


Healthcare Personel Inc
850 West Jackson
Suite 640
Chicago, IL 60607


Henry Schein
dept CH 14125
Palatine, IL 60055-4125


Hinckley Springs
POB 660579
Dallas, TX 75266-0579


Hubbard Radio Chicago
c/o Stein & Rotman
105 W. Madison #600
Chicago, IL 60602


Illinois Dep of Employment Security
Illinois Payment Contol Division
POB 4385
Chicago, IL 60680


Illinois Department of Revenue
Bankrupcty Section
PO Box 64338
Chicago, IL 60644-0338


Illinois Tollway
POB 5201
Lisle, IL 60532-5201

Imperial Credit Corp
POB 9045
New York, NY 10087-9045


InControl Medical
3225 Gateway Road #250
Brookfield, WI 53045


Inflatable 3 LLC
1757 N Kimball
Chicago, IL 60647


Ingenix
POB 27116
UT 84217-0116


Innovative Med Inc
4 Autry Unit B
Irvine, CA 92618


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jacob W. Plattenberger
c/o TorHoerman Law LLC
234 S. Wabash Ave., 7th Floor
Chicago, IL 60604


Janet Finney Dept OB GYNE
920 Stanton L Young Blvd
Williams Pavilion 2430
Oklahoma City, OK 73104


Jewish United FUnd
30 S Wells
Chicago, IL 60606-5056


Johnson & Johnson
Healthcare Systems, Inc.
425 Hoes Lane, POB 6800
Piscataway, NJ 08855-6800

Johnson & Johnson
Healthcare Systems, Inc.
5972 Collections Ctr. Dr.
Chicago, IL 60693


Johnson & Johnson
B of A Lockbox Services/ POB 406663
6000 Feldwood Road
College Park, GA 30349


Johnson & Johnson Advanced Steriliz
Products Services
33 Technology Drive
Irvine, CA 92618


Johnson & Johnson Health Care Syste
c/o David Dykhouse, Esq.
1133 Ave. of the Americas
New York, NY 10036-6710


Johnson + Turner
Erin Turner
56 East Broadway, Suite 206
Forest Lake, MN 55025


Katten & Temple LLP
Attn: Nancy Temple
542 S Dearborn St, 14th Fl
Chicago, IL 60605


Kent Med LLC
708 Petit Berdot
Kenner, LA 70065


Lab Safety Supply
POB 5004
Janesville, WI 53547-5004


LabCorp
POB 2240
Burlington, NC 27216-2240


Laborie Medical
400 Ave D
Suite 10
Williston, VT 05495-7828

LakeShore Gastro
POB 7630
Gurnee, IL 60031-7002


Law Office of Deborah Ebner
11 East Adams
Suite 904
Chicago, IL 60603


Law Offices of William J Factor Ltd
1363 Shermer Rd.
Suite 224
Northbrook, IL 60062


Life Safety Resources LLC
12341 Irish Road
New Berlin, IL 62670


Limited acct
POB 659728
San Antonio, TX 78265-9728


Loeb & Loeb LLP
Attn: Jerry Margolis
321 N Clark St
Northbrook, IL 60062


M-K Signs
Sy Politinsky
4900 N Elston Ave
Chicago, IL 60630


Macy's
POB 183083
Columbus, OH 43218-3083


Maria Govea
c/o James J. DeSanto
712 Florsheim Drive, Suite 13
Libertyville, IL 60048-5270


Marlin Business Bank
c/o Edward R. Dietz
300 Fellowship Road
Mount Laurel, NJ 08054

Marlin Leasing
POB 13604
Philadelphia, PA 19101-3604


MB Real Estate AAF John Murphy
181 W Madison
Suite 4700
Chicago, IL 60602


McKesson
POB 740215
Cincinnati, OH 45274-0215


Medical Arts Press
POB 37647
Philadelphia, PA 19101-0647


Medifocus Inc
8320 Guilford Rd.
Suite A
Columbia, MD 21046


Mediscripts
5 Latour Ave
Franklyn Bldg
Plattsburgh, NY 12901


Medline
Dept CH 14400
Palatine, IL 60055-4400


MEDOX
POB 88666
Chicago, IL 60680-1666


Monitor Cleaners
4601 N Clark
Chicago, IL 60640


Moontree Psychotherapy Center
401 Wisconsin Ave
Madison, WI 53703

Much, Shelist
c/o Jeff Rubenstein
191 N. Wacker Dr., Ste 1800
Chicago, IL 60606-1615


National Business Furniture
735 N Water Street
POB 514052
Milwaukee, WI 53202-3452


NEBO Systems
POB 636078
Cincinnati, OH 45263-6078


NeoMedic
2655 Le Juene Road
Suite 810
Coral Gables, FL 33134


Nitel
Dept 4929
Carol Stream, IL 60122-4929


Nora and Tanzillo LLP
10 S LaSalle St
Suite 2500
Chicago, IL 60603


North Shore Univ Healthcare
Hosp Billing
23056 Network Place
Chicago, IL 60673-1230


Northwestern Med Faculty Foundation
38693 Eagle Way
Chicago, IL 60678-1386


Northwestern Memorial Hospital
POB 73690
Chicago, IL 60673-7690


Northwestern Surgical Assoc
POB 421
Winnetka, IL 60093-0421

Opticon Medical
7001 Post Road
Suite 100
Dublin, OH 43016


OUR Lab
c/o Nashville Adj Bureau
POB 290369
Nashville, TN 37229-0369


People Magazine in Spanish
POB 60001
Tampa, FL 33660-0001


People of the St of Il ex rel
Doug Wheeler % TorHoerman Law LLC
234 S Wabash 7th Fl
Chicago, IL 60604


Pier One Imports
POB 659617
San Antonio, TX 78265-9617


Pioneer Press Acct
8526 Solutions Center
Chicago, IL 60677-8002


Pircher, Nichols & Meeks
Attn: Emily Robbinis
900 N. Michigan Ave Suite 1050
Chicago, IL 60611


Polsinelli Shughart PC
161 N Clark St
Suite 4200
Chicago, IL 60601


Professional Business Consultants
903 Commerce Drive
Suite 333
Oak Brook, IL 60523


Prometheus Group
1 Washington Street
Suite 303
Dover, NH 03820-3827

PSS World Medical
300-2 Airport Road
Elgin, IL 60123-1600


Quarles & Brady LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654


Quest Diagnostics
POB 809403
Chicago, IL 60680-9403


Quill
POB 37600
Philadelphia, PA 19101-0600


Radio Station Rewind 100.3
Dan Phillips/Szabo Assoc
3355 Lenox Road 9th Fl
Atlanta, GA 30326


Reach Local Internet Marketing
Attn: Ashley Bodenhausen
230 W Monroe Suite 2330
Chicago, IL 60606


Robb Report
POB 422554
Palm Coast, FL 32142


Salsbury Industries
1010 E 62 Street
Los Angeles, CA 90001-1598


Siegel + Callahan PC
20 N Clark St
Suite 2200
Chicago, IL 60602


Siemens Healthcare
2600 Pinemeadow Ct.
Duluth, GA 30096-4655

Siemens Healthcare
POB 121102
Dallas, TX 75312-1105


Skokie Valley Laundry
514 Sheridan Road
Highwood, IL 60040


Skytron
16208 Collections Center Dr
Chicago, IL 60693


Smile Makers
POB 2543
Spartanburg, SC 29304-3543


Sprint PCS
POB 4191
Carol Stream, IL 60197-4191


Stat Anesthesia Specialists
18221 Torrence Ave
Suite 1C
Lansing, IL 60438


State Mechanical Services
1701 Quincy
Suite 10
Naperville, IL 60540


Stearns Bank
POB 750
Albany, MN 56307-0750


Stein & Rotman
105 W. Madison, Suite 600
Chicago, IL 60602


Stille Surgical Inc
943 Parkview Blvd
Lombard, IL 60148

Stryker Endoscopy
c/o Stryker Sales
POB 93276
Chicago, IL 60673-3276


Terminix
POB 742592
Cincinnati, OH 45274-2592


Time Out Chicago
POB 433017
Palm Coast, FL 32143-9921


Timothy McCaffrey, PC
900 N. Michigan Av., Suite 1050
Chicago, IL 60611


Timothy W. Fafinski
3411 Brei Kessel Road
Independence, MN 55359


Town Park Ltd
4646 N Marine Dr
Chicago, IL 60640


Univeristy of Wisconsin - Madison
Hospital and Clinics
POB 3006
Milwaukee, WI 53201-3006


Universal Trasportation Mgmt
Ace Limo
POB 66051
Chicago, IL 60666


Univision Radio Chicago
625 N Michigan Ave
Chicago, IL 60611


US Surgitech
327 Village Dr.
Carol Stream, IL 60188

Verathon Bladder Scan
16542 Collections Center Dr
Chicago, IL 60693


Von Maur
POB 790298
Saint Louis, MO 63179-0298


WBBM
Two Prudential Plaza
Chicago, IL 60601


WCSY - Midwest Family
Broadcasting
POB 107
Saint Joseph, MI 49085


Wells Fargo Bank
POB 660431
Dallas, TX 75266-0431


Wells Johnson Company
POB 18230
Tucson, AZ 85731-8230


WFRN
Attn: Dan Ellis
POB 307
Elkhart, IN 46515


WILV FM 100.3
One Prudential Plaza
130 E Randolph Suite 2780
Chicago, IL 60601


Wine Spectator
POB 37366
Boone, IA 50037-0366


Wisthoff Industries
Winnetka Fitness
948 Green Bay Road
Winnetka, IL 60093

WJMK Radio/CBS Radio
104.3 K Hits FM
Two Prudential Tower Suite 900
Chicago, IL 60601


WLOI-WCOE
1700 Lincolnway Place #6
La Porte, IN 46350


WLS 890
Cumulus Media Inc
190 N State
Chicago, IL 60601


WNUA - MEGA 95.5
3898 COllections Center Dr
Chicago, IL 60693


WNVR 1030am
Polnet Communications
3656 W Belmont
Chicago, IL 60618


Wolters Kluwer Health
16705 Collection Denter Drive
Chicago, IL 60693


Womens Health Magazine
POB 6195
Harlan, IA 51593-1695


WPNA 1490
JVL Productions
2148 S Primrose Lane
Naperville, IL 60565


WPNA 1490 B&L Productions
1804 Canfield Road
Park Ridge, IL 60068


WPNA Radio DZISIAJ 1490 AM
408 W Oak Park Ave
Oak Park, IL 60302

```
WPNA Radio Program
Polish Highlanders Alliance
4808 S Archer Ave
Chicago, IL 60632


WUSN-US99
Accts Receivable
Two Prudential Tower Suite 1000
Chicago, IL 60601


ZRG-CVI Lakeshore Marine Drive, LLC
c/o Zeller Realty
401 N. Michigan, Suite 210
Chicago, IL 60611


ZRG-CVI Lakeshore Marine Drive, LLC
c/o Timothy McCaffrey, PC
900 N. Michigan Ave., Suite 1050
Chicago, IL 60611
```