**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| FEINSTEIN, CHARLES M., | ) | CASE NO: 13 B 40677 |
| | ) | |
| DEBTOR. | ) | HEARING DATE: Thursday, April 17, 2014 |
| | ) | HEARING TIME: 10:00 a.m. |
| | ) | |
| | ) | HONORABLE CAROL A DOYLE |
| | ) | U.S. BANKRUPTCY JUDGE |

## AMENDED NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **April 17, 2014**, at the hour of **10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge, or any Judge sitting in her place and stead, in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Trustee's Amended Motion to Sell Debtor's Class A Membership Interests in United Urology Centers, LLC,** a copy of which is served upon you.

/s/ Karen R. Goodman
Karen R. Goodman, Trustee

Karen R. Goodman, Esq. (#1008242)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 527-4000
Facsimile: (312) 275-7570

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that copies of this **Amended Notice and Trustee's Amended Motion to Sell Debtor's Class A Membership Interests in United Urology Centers, LLC** were served upon the above persons via ECF and by placing copies of same in the U.S. Mail at 111 East Wacker Drive, Chicago, Illinois, with proper postage affixed on **March 24, 2014**.

/s/ Karen R. Goodman
Karen R. Goodman

# SERVICE LIST

**United States Trustee**
**219 South Dearborn,**
**Suite 873**
**Chicago, Illinois 60604**

**Ronald R. Peterson**
**Jenner & Block LLP**
**353 North Clark Street, 36th Floor**
**Chicago, Illinois 60654**

**F. Bruce Cohen**
**United Urology Centers, LLC**
**10600 West Higgins Road**
**Suite 301**
**Rosemont, IL 60018**

**Richard M. Fogel**
**Shaw Fishman Glantz & Towbin LLC**
**312 N. Clark Street, Suite 800**
**Chicago, Illinois 60654**

**David L Hazan**
**Diver, Grach, Quade & Masini LLP**
**111 North County Street**
**Waukegan, IL 60085**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Chapter 7 CASE |
| | ) |
| FEINSTEIN, CHARLES M., | ) CASE NO: 13 B 40677 |
| | ) |
| DEBTOR. | ) HEARING DATE: Thursday, April 17, 2014 |
| | ) HEARING TIME: 10:00 a.m. |
| | ) |
| | ) HONORABLE CAROL A. DOYLE |
| | ) U.S. BANKRUPTCY JUDGE |

### AMENDED MOTION TO SELL DEBTOR'S CLASS A MEMBERSHIP INTERESTS IN UNITED UROLOGY CENTERS, LLC,

NOW COMES Karen R. Goodman, Trustee of Charles M. Feinstein ("Trustee") by and through her attorneys Karen R. Goodman and the law firm of Taft Stettinius & Hollister LLP, and moves for the entry of an Order pursuant to 11 U.S.C. §363(f) authorizing the Trustee to sell Debtor's Class A Membership Interests in United Urology Centers, LLC ("UUC") to UUC free and clear of all liens, claims, encumbrances and interests. In support of this Motion, the Trustee states as follows

1.   On October 17, 2013, the Debtor filed a Voluntary Petition for Relief under Chapter 7 of the U.S. Bankruptcy Code. Karen R. Goodman was appointed interim Trustee by the United States Trustee, accepted her appointment and since the first meeting of creditors has been acting as the Trustee of the Debtor's Estate.

2.   The Debtor's Schedules list, as one of his assets, four (4) Class A Membership Interests of UUC ("Membership Interests") at an unknown value. The Debtor provided the Trustee with information regarding UUC, including the Fifth Amended and Restated Limited Liability Company Agreement dated January 1, 2013 ("Agreement"), which contains certain restrictions on the transfer of Class A Membership Interests and also provides the option for

UUC to purchase Membership Interests in the event of a "Triggering Event" which includes the bankruptcy of a Class A Member.

3. The Trustee contacted F. Bruce Cohen, the Chief Executive Officer of UUC, who has made an offer on behalf of UUC to purchase the Debtor's Membership Interests pursuant to the calculation provided in the Agreement. The offer states that the current fair market value of a Membership Interests is $18,300.00 and in accordance with the terms of the Agreement, UUC has offered to purchase the Debtor's Membership Interests for the sum of $63,460.00 ("Purchase Price"). A copy of the offer from UUC is attached hereto as Exhibit A. The Purchase Price was calculated based upon Section 5.03(i) of the Agreement as follow: Debtor's Membership Interests have a gross value of $73,200.00, reduced by

(a) a ten percent (10%) lump sum discount in the amount of $7,320.00;

(b) a three percent (3%) reduction in the amount of $2,195.00 to cover any 2013 tax liabilities that UUC may incur on Dr. Feinstein's behalf; and

(c) a $225.00 charge to cover the cost of the UCC Lien Search

4. The Trustee desires to sell the Membership Interests to UUC for the Purchase Price because it will eliminate the need to locate a purchaser in accordance with the restrictions on the transfer of Membership Interests as provided in the Agreement and is for the full amount as provided under the terms of the Agreement.

5. The Trustee asserts that the Purchase Price is fair and the sale of the Membership Interests to UUC for the payment of $63,460.00 in the best interests of the Estate and its creditors.

6. The sale of the Membership Interest to UUC shall be free and clear of all liens, claims, encumbrances and interests on the Membership Interests. UUC has provided the Trustee with a UCC Lien Search conducted by Corporation Service Company on March 20, 2014, which shows that there are no liens, claims or encumbrances against the Membership Interests.

7. The Trustee has provided Notice to all creditors and parties-in-interest in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure of the intended sale of the UUC Membership Interests. A copy of the Notice sent to all creditors and parties-in-interest is attached hereto as Exhibit B.

**WHEREFORE**, for the foregoing reasons, the Trustee requests the entry of an order authorizing the sale of the Debtor's Membership Interests to UUC for $63,460.00, free and clear of all liens, claims, encumbrances and interests, and authorizing the Trustee to execute any documents necessary to consummate the sale of the Membership Interests.

Respectfully submitted,

Karen R. Goodman, Trustee

/s/ Karen R. Goodman

Karen R. Goodman (#1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois  60601
Telephone:  (312) 527-4000
Facsimile:  (312) 275-7570

1285147