# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CHARLES M. FEINSTEIN | § | Case No. 13-40677 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/17/2013 .  The undersigned trustee was appointed on  10/17/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          361,124.32

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 3,373.13 |
| Administrative expenses | 110,163.99 |
| Bank service fees | 11,616.72 |
| Other payments to creditors | 57,854.77 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 178,115.71 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/23/2014  and the deadline for filing governmental claims was  04/15/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 21,306.22 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 7,100.53  as interim compensation and now requests a sum of $ 14,205.69 , for a total compensation of $ 21,306.22 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 502.12 , for total expenses of $ 502.12 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2018                    By: /s/KAREN R. GOODMAN
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 13-40677 | CAD | Judge: | Carol A. Doyle | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | CHARLES M. FEINSTEIN | | | | Date Filed (f) or Converted (c): | 10/17/2013 (f) |
| | | | | | 341(a) Meeting Date: | 12/03/2013 |
| For Period Ending: | 08/09/2018 | | | | Claims Bar Date: | 04/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Single family dwelling 2535 Greenview Road, Nort | 850,000.00 | 0.00 | | 0.00 | FA |
| 2.  Cash in debtor's possession | 150.00 | 0.00 | | 0.00 | FA |
| 3.  Bank of America checking account xxxxxxxx2891 (J | 551.03 | 0.00 | | 0.00 | FA |
| 4.  Bank of America money market account xxxxxxxx124 | 0.56 | 0.56 | | 0.00 | FA |
| 5.  PNC Bank checking account xxxxxxxx1612 (Joint ac | 12.50 | 0.00 | | 0.00 | FA |
| 6.  PNC Bank money market account xxxxxxxx1604 (Join | 7.50 | 7.50 | | 0.00 | FA |
| 7.  Commonwealth Edison Deposit $500 (est) | 500.00 | 500.00 | | 0.00 | FA |
| 8.  Household goods and furnishings, including elect | 2,567.50 | 0.00 | | 0.00 | FA |
| 9.  Ordinary assortment of men's wearing apparel | 260.00 | 0.00 | | 0.00 | FA |
| 10.  Cartier watch (Appraised on 10/24/13) | 3,250.00 | 2,531.03 | | 2,531.03 | FA |
| 11.  2 gold chains (estimated value) | 500.00 | 500.00 | | 500.00 | FA |
| 12.  TW steel watch (estimated value) | 50.00 | 50.00 | | 50.00 | FA |
| 13.  River Source Alife Insurance Company Term Life I | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Ameriprise- RiverSource Retirement Advisor Varia | 1,085,552.28 | 1,085,552.28 | | 100,000.00 | FA |
| 15.  Ameriprise- Charles M. Feinstein IRA xxxxxxxxxxx | 152,542.99 | 0.00 | | 0.00 | FA |
| 16.  Ameriprise- Charles M. Feinstein Rollover IRA xx | 377,352.82 | 0.00 | | 0.00 | FA |
| 17.  Ameriprise- Trusteed Defined Benefit Plan for Ch | 1,500,000.00 | 0.00 | | 0.00 | FA |
| 18.  100% owner of Charles M. Feinstein, MD, Ltd. | Unknown | Unknown | | 0.00 | FA |
| 19.  100% owner of FayCor NA, Inc. | Unknown | Unknown | | 0.00 | FA |
| 20.  4 shares of United Urology Centers, LLC, a/k/a U | Unknown | Unknown | | 73,789.00 | FA |
| 21.  U.S. Treasury Notes | Unknown | Unknown | | 150,483.94 | FA |
| 22.  2012 federal income tax refund with non-debtor s | Unknown | 34,821.00 | | 29,742.08 | FA |
| 23.  2012 state income tax refund with non-debtor spo | Unknown | 6,630.00 | | 0.00 | FA |
| 24.  Claim against Bank of America for overpayment of | Unknown | 8,861.89 | | 0.00 | FA |

Case 13-40677   Doc 176   Filed 08/22/18   Entered 08/22/18 11:27:02   Desc Main
Document   Page 4 of 23

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-40677 | CAD | Judge: | Carol A. Doyle | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | CHARLES M. FEINSTEIN | | | | Date Filed (f) or Converted (c): | 10/17/2013 (f) |
| | | | | | 341(a) Meeting Date: | 12/03/2013 |
| For Period Ending: | 08/09/2018 | | | | Claims Bar Date: | 04/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  Debtor is potential beneficiary of the Faye B. F | 0.00 | 0.00 | | 0.00 | FA |
| 26.  Charles M. Feinstein Trust dated 5/12/08 (Trust | 0.00 | 0.00 | | 0.00 | FA |
| 27.  Charles M. Feinstein Irrevocable Insurance Trust | 0.00 | 0.00 | | 0.00 | FA |
| 28.  Medical license | 0.00 | 0.00 | | 0.00 | FA |
| 29.  1999 Lexus GS 400 | 2,000.00 | 0.00 | | 0.00 | FA |
| 30.  Labradoodle dog | Unknown | Unknown | | 0.00 | FA |
| 31.  Distribution from Bankrtupcy Estate of patient (A/R) (u) | 0.00 | Unknown | | 4,024.00 | FA |
| 32.  Refund/payment from Treasurer of the State of Illinois (u) | 0.00 | 4.27 | | 4.27 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,975,297.18 | $1,139,458.53 | | $361,124.32 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/31/18:  Await State Court trial to determine Flores (med. mal.) claim (State Court trial was continued to 4/18); file TFR (interim distribution made and non-exempt assets were sold to Debtor). All other claims have been resolved.

12/31/17:  Resolve objection to medical malpractice claim (State Court trial date is late 2017); resolve sale of non-exempt assets to Debtor.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Property owned in tenancy by the entirety with non-debtor spouse |
| RE PROP # | 2 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 15 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 16 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 17 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 18 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 19 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 20 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 21 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 22 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 23 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 24 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 25 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 26 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 27 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 28 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 29 | -- | Imported from original petition Doc# 18 |
| RE PROP # | 30 | -- | Imported from original petition Doc# 18 |

Initial Projected Date of Final Report (TFR): 06/30/2015          Current Projected Date of Final Report (TFR): 09/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 13-40677 | | Trustee Name: KAREN R. GOODMAN |
| Case Name: CHARLES M. FEINSTEIN | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX3235 |
| | | Checking |
| Taxpayer ID No: XX-XXX3201 | | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 08/09/2018 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $256,903.31 | | $256,903.31 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.27 | $256,854.04 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $381.77 | $256,472.27 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $369.01 | $256,103.26 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $380.77 | $255,722.49 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $380.15 | $255,342.34 |
| 09/27/16 | 32 | Leslie Geissler Munger, Treasurer of the State of Illinois | State of Illinois income tax refund | 1224-000 | $4.27 | | $255,346.61 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $367.40 | $254,979.21 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $379.08 | $254,600.13 |
| 03/13/17 | 1001 | Ltd. International Sureties Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2017 Bond | 2300-000 | | $97.16 | $254,502.97 |
| 04/04/17 | 31 | Elizabeth C. Berg, Trustee 20 N. Clark St., Suite 200 Chicago, IL 60602 | Payment from Bankruptcy Estate of patient (A/R) | 1221-000 | $4,024.00 | | $258,526.97 |

| | | | Page Subtotals: | | $260,931.58 | $2,404.61 |

<b>FORM 2</b>
<b>ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD</b>

Case No: 13-40677

Case Name: CHARLES M. FEINSTEIN

Trustee Name: KAREN R. GOODMAN

Bank Name: Associated Bank

Account Number/CD#: XXXXXX3235

Checking

Exhibit B

Taxpayer ID No: XX-XXX3201

For Period Ending: 08/09/2018

Blanket Bond (per case limit): $54,646,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/17 | | Faye B. Feinstein TTEE 2535 Greenview Rd. Northbrook, IL 60062 | Non-exempt personal property (jewelry) Asset No. 10 Cartier Watch (appraised at $3,250 less exemption of $718.97 - total value of $2,531.03 Asset No. 11 Gold Chains ( value of $500 - no exemption) Asset No. 12 TW watch (value of $50.00 - no exemption) | | $3,081.03 | | $261,608.00 |
| | | | Gross Receipts $3,081.03 | | | | |
| | 10 | | Cartier watch (Appraised on 10/24/13) $2,531.03 | 1129-000 | | | |
| | 11 | | 2 gold chains (estimated value) $500.00 | 1129-000 | | | |
| | 12 | | TW steel watch (estimated value) $50.00 | 1129-000 | | | |
| 05/31/17 | 1002 | Alan D. Lasko & Assoicates 205 West Randolph Street, Suite 1150 Chicago, Illinois 60606 | Interim Compensation to Accountant per Court Order of May 17, 2017 | 3410-000 | | $2,369.80 | $259,238.20 |
| 05/31/17 | 1003 | Alan D. Lasko & Assoicates 205 West Randolph Street, Suite 1150 Chicago, Illinois 60606 | Interim Expense Reimbursement to Accountant per Court Order of May 17, 2017 | 3420-000 | | $56.97 | $259,181.23 |
| 05/31/17 | 1004 | TAFT STETTINIUS & HOLLISTER LLP 111 EAST WACKER DRIVE SUITE 2800 CHICAGO, IL 60601 | Interim Compensation to Counsel for Trustee per Court Order of May 17, 2017 | 3110-000 | | $12,013.00 | $247,168.23 |
| 05/31/17 | 1005 | TAFT STETTINIUS & HOLLISTER LLP 111 EAST WACKER DRIVE SUITE 2800 CHICAGO, IL 60601 | Interim Expense Reimbursement to Counsel for Trustee per Court Order of May 17, 2017 | 3120-000 | | $671.44 | $246,496.79 |
| 05/31/17 | 1006 | KAREN R. GOODMAN Taft Stettinius & Hollister LLP | Interim Trustee Fees per Court Order of May 17, 2017 | 2100-000 | | $7,100.53 | $239,396.26 |
| 06/06/17 | 1007 | Bank of America c/o Kathleen E Kraft Thompson Coburn LLP,1909 K Street NW Washington, DC 20006 | Interim Distribution for Claim No. 1-3 per Court Order dated May 17, 2017 | 7100-000 | | $6,102.26 | $233,294.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:

$3,081.03   $28,314.00

Case 13-40677   Doc 176   Filed 08/22/18   Entered 08/22/18 11:27:02   Desc Main
Document   Page 8 of 23

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-40677 | |
| Case Name: CHARLES M. FEINSTEIN | Trustee Name: KAREN R. GOODMAN |
| | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3235 |
| | Checking |
| Taxpayer ID No: XX-XXX3201 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 08/09/2018 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/17 | 1008 | The Prometheus Group Inc<br>1 Washington Street, Ste 303<br>Dover, NH  03820 | Interim Distribution for Claim No. 2 per Court Order dated May 17, 2017 | 7100-000 | | $39.47 | $233,254.53 |
| 06/06/17 | 1009 | Elisco Design Architects LLC<br>2546 Mulberry Lane<br>Northbrook, IL  60062 | Interim Distribution for Claim No. 3 per Court Order dated May 17, 2017 | 7100-000 | | $393.21 | $232,861.32 |
| 06/06/17 | 1010 | WILV-FM Radio<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA  30326 | Interim Distribution for Claim No. 4 per Court Order dated May 17, 2017 | 7100-000 | | $1,271.76 | $231,589.56 |
| 06/06/17 | 1011 | WJMK-FM Radio<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA  30326 | Interim Distribution for Claim No. 5 per Court Order dated May 17, 2017 | 7100-000 | | $242.87 | $231,346.69 |
| 06/06/17 | 1012 | WBBM-AM/FM Radio<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA  30326 | Interim Distribution for Claim No. 6 per Court Order dated May 17, 2017 | 7100-000 | | $1,291.12 | $230,055.57 |
| 06/06/17 | 1013 | Fifth Third Bank<br>c/o David L Hazan,Diver Grach Quade &<br>Masini LLP,111 N County Street<br>Waukegan, IL  60085 | Interim Distribution for Claim No. 8 per Court Order dated May 17, 2017 | 7100-000 | | $20,343.97 | $209,711.60 |
| 06/06/17 | 1014 | Marlin Business Bank<br>300 Fellowshp Road<br>Attn: Bankruptcy Dept<br>Mount Laurel, NJ  08054 | Interim Distribution for Claim No. 9U per Court Order dated May 17, 2017 | 7100-000 | | $3,656.74 | $206,054.86 |
| 06/06/17 | 1015 | Quarles & Brady LLP<br>300 North LaSalle Street<br>Suite 4000<br>Chicago, IL  60654 | Interim Distribution for Claim No. 10 per Court Order dated May 17, 2017 | 7100-000 | | $721.99 | $205,332.87 |
| 06/06/17 | 1016 | WUSN-FM Radio<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA  30326 | Interim Distribution for Claim No. 11 per Court Order dated May 17, 2017 | 7100-000 | | $1,596.51 | $203,736.36 |
| 06/06/17 | 1017 | Faye Feinstein<br>c/o Ronald Peterson, Esq.<br>Jenner & Block,353 N. Clark Street<br>Chicago, IL  60654-3456 | Interim Distribution for Claim No. 12 per Court Order dated May 17, 2017 | 7100-000 | | $5,862.11 | $197,874.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                  Page Subtotals:                  $0.00     $35,419.75

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-40677
Case Name: CHARLES M. FEINSTEIN

Taxpayer ID No: XX-XXX3201
For Period Ending: 08/09/2018

Trustee Name: KAREN R. GOODMAN
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3235
Checking
Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/17 | 1018 | ZRG-CVI Lakeshore Marine Drive, LLC McCaffrey Pircher Nichols & Meeks 900 N Michigan Ave, Ste 1000 Chicago, IL 60611 | Interim Distribution for Claim No. 14 per Court Order dated May 17, 2017 | 7100-000 | | $16,332.76 | $181,541.49 |
| 06/06/17 | 1019 | State of Illinois ex rel Douglas Wheeler Kenneth Brennan 101 West Vandalia, Ste 350 Edwardsville, IL 62024 | Interim Distribution for Claim No. 15 per Court Order dated May 17, 2017 | 7100-000 | | $3,373.13 | $178,168.36 |
| 07/20/17 | 1019 | State of Illinois ex rel Douglas Wheeler Kenneth Brennan 101 West Vandalia, Ste 350 Edwardsville, IL 62024 | Interim Distribution for Claim No. 15 per Court Order dated May 17, 2017 Reversal Received letter dated 7/13/17 from Tyler Schneider of TorHoerman Law requesting that check be reissued in name of law firm rather than individually to attorney Kenneth Brennan | 7100-000 | | ($3,373.13) | $181,541.49 |
| 07/20/17 | 1020 | TorHoerman Law LLC 6029 Old Poag Road Edwardsville, Illinois 62025 | Interim Distribution for Claim No. 15 per Court Order dated May 17, 2017 Voided check no. 1019 returned with letter dated 7/13/17 from TorHoerman Law LLC, and reissued check in like amount pursuant to request in said letter that check be made payable to law firm rather than to individual attorney Kenneth Brennan. | 7100-000 | | $3,373.13 | $178,168.36 |
| 02/14/18 | 1021 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2018 Bond No. 016073584 Reversal Error in processing Bond Payment | 2300-000 | | ($55.11) | $178,223.47 |
| 02/14/18 | 1021 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2018 Bond No. 016073584 | 2300-000 | | $55.11 | $178,168.36 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*          Page Subtotals:          $0.00          $19,705.89

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-40677 | | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|
| Case Name: | CHARLES M. FEINSTEIN | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX3235 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3201 | | Blanket Bond (per case limit): | $54,646,000.00 |
| For Period Ending: | 08/09/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/18 | 1022 | International Surreties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Payment of 2018 Bond Premium - Bond No. 016073584 | 2300-000 | | $52.65 | $178,115.71 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $264,012.61 | $85,896.90 |
| | Less: Bank Transfers/CD's | $256,903.31 | $0.00 |
| | Subtotal | $7,109.30 | $85,896.90 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $7,109.30 | $85,896.90 |

Page: 6

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-40677 | Trustee Name: KAREN R. GOODMAN |
| Case Name: CHARLES M. FEINSTEIN | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3201 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 08/09/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/14 | 20 | United Urology Centers LLC 10600 W. Higgins Road, Suite 301 Rosemont, IL 60018 | 4th Quarter 2013 Distribution | 1129-000 | $8,240.00 | | $8,240.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $8,230.00 |
| 02/13/14 | 101 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #13-40677, 016026455 | 2300-000 | | $6.78 | $8,223.22 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $11.04 | $8,212.18 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $11.41 | $8,200.77 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.58 | $8,188.19 |
| 05/14/14 | 20 | United Urology Centers LLC 10600 W. Higgins Road, Suite 301 Rosemont, IL 60018 | Sale of UUC Membership Interest pursuant to Court Order dated 5/1/14 | 1129-000 | $63,460.00 | | $71,648.19 |
| 05/19/14 | 21 | Legacy Treasury Direct | Liquidation of 8 mature U.S. Treasury Notes and Interest on Unmatured Notes {POST FROM PENDING} | 1129-000 | $87,831.16 | | $159,479.35 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $103.73 | $159,375.62 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $221.59 | $159,154.03 |
| 07/15/14 | 21 | Legacy Treasury Direct | Interest on Unmatured Treasury Notes {POST FROM PENDING} | 1129-000 | $18.42 | | $159,172.45 |
| 07/15/14 | 21 | Legacy Treasury Direct | Inrest on Unmatured Treasury Notes {POST FROM PENDING} | 1129-000 | $75.70 | | $159,248.15 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $251.90 | $158,996.25 |
| 08/15/14 | 21 | Legacy Treasury Direct | Interest on Unmatured Treasury Notes {POST FROM PENDING} | 1129-000 | $531.25 | | $159,527.50 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*     Page Subtotals:     $160,156.53     $629.03

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-40677 | Trustee Name: KAREN R. GOODMAN | Exhibit B |
| Case Name: CHARLES M. FEINSTEIN | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX66 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX3201 | Blanket Bond (per case limit): $54,646,000.00 | |
| For Period Ending: 08/09/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $221.42 | $159,306.08 |
| 09/19/14 | 21 | Linsco/Private Ledger Corp./BK of NYC | Incoming Wire: sale of U.S. Treasury Notes {POST FROM PENDING} | 1129-000 | $62,027.41 | | $221,333.49 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $277.12 | $221,056.37 |
| 10/03/14 | 14 | Faye B. Feinstein Trustee U/A Dated 05/12 | Funds received per Agreement dated 8/25/14 and Order of Court dated 9/18/2014 {POST FROM PENDING} | 1129-000 | $100,000.00 | | $321,056.37 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $462.80 | $320,593.57 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $415.01 | $320,178.56 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $521.95 | $319,656.61 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $459.78 | $319,196.83 |
| 02/16/15 | 102 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-40677, Bond No. 10BSBGR6291 | 2300-000 | | ($217.16) | $319,413.99 |
| 02/16/15 | 102 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-40677, Bond No. 10BSBGR6291 | 2300-000 | | $217.16 | $319,196.83 |
| 02/17/15 | 103 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-40677 | 2300-000 | | ($217.16) | $319,413.99 |
| 02/17/15 | 103 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-40677 | 2300-000 | | $217.16 | $319,196.83 |

| | | |
|---|---|---|
| Page Subtotals: | $162,027.41 | $2,358.08 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-40677 | Trustee Name: KAREN R. GOODMAN |
| Case Name: CHARLES M. FEINSTEIN | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3201 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 08/09/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/17/15 | 104 | ARTHUR B. LEVINE COMPANY Surety Bond Agency 60 East 42nd Street, Room 965 New York, NY 10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-40677 | 2300-000 | | $217.16 | $318,979.67 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $428.50 | $318,551.17 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $488.76 | $318,062.41 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $457.48 | $317,604.93 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $441.60 | $317,163.33 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $486.60 | $316,676.73 |
| 07/27/15 | 20 | United Urology Center, LLC 10600 W. Higgins Road, Suite 301 Rosemont, IL 60018 | Refund of Tax Liability Withheld from sale of membership interest. | 1129-000 | $2,089.00 | | $318,765.73 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $470.97 | $318,294.76 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $442.56 | $317,852.20 |
| 09/11/15 | 22 | Faye B. Feinstein | Tax Refund per Settlement and Court Order dated September 3, 2015 {POST FROM PENDING} | 1124-000 | $29,742.08 | | $347,594.28 |
| 09/24/15 | 105 | Alan D. Lasko & Associates, P.C. 205 W. Randolph Street, Suite 1150 Chicago, IL 60606 | TRUSTEE'S ACCOUNTANTS' INTERIM FEES AND EXPENSES PER COURT ORDER DATED SEPTEMBER 24, 2015 | | | $9,189.47 | $338,404.81 |
| | | | TRUSTEE'S ACCOUNTANTS' INTERIM EXPENSES PER COURT ORDER DATED SEPTEMBER 24, 2015   ($0.77) | 3420-000 | | | |
| | | | TRUSTEE'S ACCOUNTANTS' INTERIM FEES PER COURT ORDER DATED SEPTEMBER 24, 2015   ($9,188.70) | 3410-000 | | | |

| | | | Page Subtotals: | | $31,831.08 | $12,623.10 | |

Case 13-40677   Doc 176   Filed 08/22/18   Entered 08/22/18 11:27:02   Desc Main
Document   Page 14 of 23

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 13-40677 | | | | Trustee Name: KAREN R. GOODMAN | | |
| Case Name: CHARLES M. FEINSTEIN | | | | Bank Name: Rabobank, N.A. | | |
| | | | | Account Number/CD#: XXXXXX66 | | |
| | | | | Checking Account | | |
| Taxpayer ID No: XX-XXX3201 | | | | Blanket Bond (per case limit): $54,646,000.00 | | |
| For Period Ending: 08/09/2018 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/24/15 | 106 | TAFT STETTINIUS & HOLLISTER LLP 111 EAST WACKER DRIVE, SUITE 2800 CHICAGO, IL 60601 | TRUSTEE'S ATTORNEYS' INTERIM FEES PER COURT ORDER DATED SEPTEMBER 24, 2015 | 3110-000 | | $76,404.50 | $262,000.31 |
| 09/24/15 | 107 | TAFT STETTINIUS & HOLLISTER LLP 111 EAST WACKER DRIVE, SUITE 2800 CHICAGO, IL 60601 | TRUSTEE'S ATTORNEYS' INTERIM EXPENSES PER COURT ORDER DATED SEPTEMBER 24, 2015 Replicated from check #106 | 3120-000 | | $971.75 | $261,028.56 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $507.37 | $260,521.19 |
| 10/08/15 | 108 | ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19053 SPRINGFIELD, IL 627949053 | Payment of Illinois Tax Liability | 2820-000 | | $895.00 | $259,626.19 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $380.01 | $259,246.18 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $360.45 | $258,885.73 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $409.64 | $258,476.09 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $358.43 | $258,117.66 |
| 02/22/16 | 109 | ARTHUR B. LEVINE COMPANY Surety Bond Agency 60 East 42nd Street, Room 965 New York, NY 10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #13-40677, BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF FEBRUARY 1, 2016 | 2300-000 | | ($117.78) | $258,235.44 |
| 02/22/16 | 109 | ARTHUR B. LEVINE COMPANY Surety Bond Agency 60 East 42nd Street, Room 965 New York, NY 10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #13-40677, BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF FEBRUARY 1, 2016 | 2300-000 | | $117.78 | $258,117.66 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $80,287.15 |

**Page:**   **10**

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-40677 | Trustee Name: KAREN R. GOODMAN |
| Case Name: CHARLES M. FEINSTEIN | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3201 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 08/09/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/22/16 | 110 | ARTHUR B. LEVINE COMPANY Surety Bond Agency 60 East 42nd Street, Room 965 New York, NY  10165 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #13-40677, Bond #10BSBGR6291 | 2300-000 | | $117.78 | $257,999.88 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $357.90 | $257,641.98 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $406.59 | $257,235.39 |
| 04/27/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $332.08 | $256,903.31 |
| 04/27/16 | | Transfer to Acct # xxxxxx3235 | Transfer of Funds | 9999-000 | | $256,903.31 | $0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $354,015.02 | $354,015.02 |
| | Less: Bank Transfers/CD's | $0.00 | $256,903.31 |
| | Subtotal | $354,015.02 | $97,111.71 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $354,015.02 | $97,111.71 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*          Page Subtotals:          $0.00     $258,117.66

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3235 - Checking | $7,109.30 | $85,896.90 | $178,115.71 |
| XXXXXX66   - Checking Account | $354,015.02 | $97,111.71 | $0.00 |
| | $361,124.32 | $183,008.61 | $178,115.71 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $361,124.32 |
| Total Gross Receipts: | $361,124.32 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-40677-CAD                                                              Date: August 9, 2018

Debtor Name: CHARLES M. FEINSTEIN

Claims Bar Date: 4/23/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 0<br>100<br>2100 | KAREN R. GOODMAN<br>Taft Stettinius & Hollister, LLP | Administrative | | $0.00 | $21,306.22 | $21,306.22 |
| 100<br>2200 | KAREN R. GOODMAN<br>Taft Stettinius & Hollister, LLP | Administrative | | $0.00 | $502.12 | $502.12 |
| 100<br>3110 | Taft Stettinius & Hollister | Administrative | | $0.00 | $12,013.00 | $12,013.00 |
| 100<br>3110 | TAFT STETTINIUS &<br>HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL  60601 | Administrative | | $0.00 | $6,161.00 | $6,161.00 |
| 100<br>3120 | Taft Stettinius & Holister | Administrative | | $0.00 | $671.44 | $671.44 |
| 100<br>3410 | ALAN D. LASKO<br>ALAN D. LASKO &<br>ASSOCIATES<br>205 WEST RANDOLPH STREET,<br>SUITE 1150<br>CHICAGO, IL  60606 | Administrative | Second Interim Application for Allowance of Compensation and Expenses | $0.00 | $2,369.80 | $2,369.80 |
| 100<br>3420 | ALAN D. LASKO<br>ALAN D. LASKO &<br>ASSOCIATES<br>205 WEST RANDOLPH STREET,<br>SUITE 1150<br>CHICAGO, IL  60606 | Administrative | Second Interim Application for Allowance of Compensation and Expenses | $0.00 | $56.97 | $56.97 |
| 9S<br>300<br>4110 | Marlin Business Bank<br>300 Fellowship Road<br>Attn: Bankruptcy Dept<br>Mount Laurel, NJ  08054 | Secured | KRG: 11/3/16:Amended claim 9-2 filed 10/31/16 which did not include a secured claim and reduced unsecured claim to $54,203.80 | $0.00 | $0.00 | $0.00 |
| 1-3<br>300<br>7100 | Bank of America<br>c/o Kathleen E Kraft<br>Thompson Coburn LLP,1909 K<br>Street NW<br>Washington, DC  20006 | Unsecured | Amended unsecured claim 1-3 filed on 11/9/16 for $90,453.57 | $0.00 | $90,453.57 | $90,453.57 |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-40677-CAD                                                                                      Date: August 9, 2018
Debtor Name: CHARLES M. FEINSTEIN
Claims Bar Date: 4/23/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>300<br>7100 | The Prometheus Group Inc<br>1 Washington Street, Ste 303<br>Dover, NH  03820 | Unsecured | | $0.00 | $585.00 | $585.00 |
| 3<br>300<br>7100 | Elisco Design Architects LLC<br>2546 Mulberry Lane<br>Northbrook, IL  60062 | Unsecured | | $0.00 | $5,828.48 | $5,828.48 |
| 4<br>300<br>7100 | WILV-FM Radio<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA  30326 | Unsecured | | $0.00 | $18,851.19 | $18,851.19 |
| 5<br>300<br>7100 | WJMK-FM Radio<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA  30326 | Unsecured | | $0.00 | $3,600.00 | $3,600.00 |
| 6<br>300<br>7100 | WBBM-AM/FM Radio<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA  30326 | Unsecured | | $0.00 | $19,138.20 | $19,138.20 |
| 8<br>300<br>7100 | Fifth Third Bank<br>c/o David L Hazan,Diver Grach<br>Quade &<br>Masini LLP,111 N County Street<br>Waukegan, IL  60085 | Unsecured | Original Claim filed on 3/19/14 in amount of $642,658.36. Amended claim filed on 3/1/16 in amount of $301,588.08 | $0.00 | $301,558.08 | $301,558.08 |
| 9U<br>300<br>7100 | Marlin Business Bank<br>300 Fellowshp Road<br>Attn: Bankruptcy Dept<br>Mount Laurel, NJ  08054 | Unsecured | Karen R. Goodman 11/3/2016--Amended Claim-9-2 filed 10/31/16 which did not include secured portion of claim and reduced unsecured amount to $54,203,80 | $0.00 | $54,203.80 | $54,203.80 |
| 10<br>300<br>7100 | Quarles & Brady LLP<br>300 North LaSalle Street<br>Suite 4000<br>Chicago, IL  60654 | Unsecured | | $0.00 | $10,702.00 | $10,702.00 |
| 11<br>300<br>7100 | WUSN-FM Radio<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA  30326 | Unsecured | | $0.00 | $23,665.00 | $23,665.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 18)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-40677-CAD                                                                                    Date: August 9, 2018

Debtor Name: CHARLES M. FEINSTEIN

Claims Bar Date: 4/23/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12<br>300<br>7100 | Faye Feinstein<br>c/o Ronald Peterson, Esq.<br>Jenner & Block,353 N. Clark Street<br>Chicago, IL  60654-3456 | Unsecured | | $0.00 | $244,807.53 | $86,893.93 |
| 13<br>300<br>7100 | Rosa Maria Flores<br>c/o James A Karamanis<br>180 N Stetson, Ste 3050<br>Chicago, IL  60601 | Unsecured | Last amendment filed 1/19/15 | $0.00 | $2,250,000.00 | $0.00 |
| 14<br>300<br>7100 | ZRG-CVI Lakeshore Marine Drive,<br>LLC<br>McCaffrey Pircher Nichols &<br>Meeks<br>900 N Michigan Ave, Ste 1000<br>Chicago, IL  60611 | Unsecured | | $0.00 | $253,014.49 | $242,100.00 |
| 15<br>300<br>7100 | State of Illinois ex rel Douglas<br>Wheeler<br>Kenneth Brennan<br>101 West Vandalia, Ste 350<br>Edwardsville, IL  62024 | Unsecured | | $0.00 | $0.00 | $50,000.00 |
| | Case Totals | | | $0.00 | $3,319,487.89 | $950,659.80 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: August 9, 2018

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-40677
Case Name: CHARLES M. FEINSTEIN
Trustee Name: KAREN R. GOODMAN

Balance on hand                                                    $        178,115.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9S | Marlin Business Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors          $              0.00

Remaining Balance                              $        178,115.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R. GOODMAN | $ 21,306.22 | $ 7,100.53 | $ 14,205.69 |
| Trustee Expenses: KAREN R. GOODMAN | $ 502.12 | $ 0.00 | $ 502.12 |
| Attorney for Trustee Fees: Taft Stettinius & Hollister Third and Final Fee Application | $ 12,013.00 | $ 12,013.00 | $ 0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 2,369.80 | $ 2,369.80 | $ 0.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 56.97 | $ 56.97 | $ 0.00 |
| Other: TAFT STETTINIUS & HOLLISTER LLP Third and Final Fee Application | $ 6,161.00 | $ 0.00 | $ 6,161.00 |
| Other: Taft Stettinius & Holister | $ 671.44 | $ 671.44 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses       $              20,868.81

Remaining Balance                                            $             157,246.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 907,579.25  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  24.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-3 | Bank of America | $       90,453.57 | $    6,102.26 | $      15,671.95 |
| 2 | The Prometheus Group Inc | $          585.00 | $       39.47 | $         101.35 |
| 3 | Elisco Design Architects LLC | $        5,828.48 | $      393.21 | $       1,009.84 |
| 4 | WILV-FM Radio | $       18,851.19 | $    1,271.76 | $       3,266.15 |
| 5 | WJMK-FM Radio | $        3,600.00 | $      242.87 | $         623.73 |
| 6 | WBBM-AM/FM Radio | $       19,138.20 | $    1,291.12 | $       3,315.88 |
| 8 | Fifth Third Bank | $      301,558.08 | $   20,343.97 | $      52,247.86 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9U | Marlin Business Bank | $ 54,203.80 | $ 3,656.74 | $ 9,391.34 |
| 10 | Quarles & Brady LLP | $ 10,702.00 | $ 721.99 | $ 1,854.22 |
| 11 | WUSN-FM Radio | $ 23,665.00 | $ 1,596.51 | $ 4,100.19 |
| 12 | Faye Feinstein | $ 86,893.93 | $ 5,862.11 | $ 15,055.22 |
| 13 | Rosa Maria Flores | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | ZRG-CVI Lakeshore Marine Drive, LLC | $ 242,100.00 | $ 16,332.76 | $ 41,946.17 |
| 15 | State of Illinois ex rel Douglas Wheeler | $ 50,000.00 | $ 3,373.13 | $ 8,663.00 |

Total to be paid to timely general unsecured creditors    $ 157,246.90

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE