UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| CHARLES M. FEINSTEIN § | Case No. 13-40677 |
| § | |
| Debtor § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/27/2018 in Courtroom 742,
    Clerk of the Bankruptcy Court
    219 S. Dearborn
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/23/2018      By: /s/ Karen R. Goodman
                               Trustee

*KAREN R. GOODMAN*
*111 East Wacker Drive*
*Suite 2800*
*Chicago, IL 60601*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| CHARLES M. FEINSTEIN | § § | Case No. 13-40677 |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 361,124.32 |
| and approved disbursements of | $ | 183,008.61 |
| leaving a balance on hand of[1] | $ | 178,115.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9S | Marlin Business Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 178,115.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R. GOODMAN | $ 21,306.22 | $ 7,100.53 | $ 14,205.69 |
| Trustee Expenses: KAREN R. GOODMAN | $ 502.12 | $ 0.00 | $ 502.12 |
| Attorney for Trustee Fees: Taft Stettinius & Hollister Third and Final Fee Application | $ 12,013.00 | $ 12,013.00 | $ 0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 2,369.80 | $ 2,369.80 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 56.97 | $ 56.97 | $ 0.00 |
| Other: Taft Stettinius & Holister | $ 671.44 | $ 671.44 | $ 0.00 |
| Other: TAFT STETTINIUS & HOLLISTER LLP Third and Final Fee Application | $ 6,161.00 | $ 0.00 | $ 6,161.00 |

Total to be paid for chapter 7 administrative expenses      $      20,868.81

Remaining Balance      $      157,246.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 907,579.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1-3 | Bank of America | $ 90,453.57 | $ 6,102.26 | $ 15,671.95 |
| 2 | The Prometheus Group Inc | $ 585.00 | $ 39.47 | $ 101.35 |
| 3 | Elisco Design Architects LLC | $ 5,828.48 | $ 393.21 | $ 1,009.84 |
| 4 | WILV-FM Radio | $ 18,851.19 | $ 1,271.76 | $ 3,266.15 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | WJMK-FM Radio | $ 3,600.00 | $ 242.87 | $ 623.73 |
| 6 | WBBM-AM/FM Radio | $ 19,138.20 | $ 1,291.12 | $ 3,315.88 |
| 8 | Fifth Third Bank | $ 301,558.08 | $ 20,343.97 | $ 52,247.86 |
| 9U | Marlin Business Bank | $ 54,203.80 | $ 3,656.74 | $ 9,391.34 |
| 10 | Quarles & Brady LLP | $ 10,702.00 | $ 721.99 | $ 1,854.22 |
| 11 | WUSN-FM Radio | $ 23,665.00 | $ 1,596.51 | $ 4,100.19 |
| 12 | Faye Feinstein | $ 86,893.93 | $ 5,862.11 | $ 15,055.22 |
| 13 | Rosa Maria Flores | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | ZRG-CVI Lakeshore Marine Drive, LLC | $ 242,100.00 | $ 16,332.76 | $ 41,946.17 |
| 15 | State of Illinois ex rel Douglas Wheeler | $ 50,000.00 | $ 3,373.13 | $ 8,663.00 |

Total to be paid to timely general unsecured creditors     $     157,246.90

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Karen R. Goodman
                                                         Trustee

*KAREN R. GOODMAN*
*111 East Wacker Drive*
*Suite 2800*
*Chicago, IL 60601*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| FEINSTEIN, CHARLES M., | ) CASE NO:   13-40677 |
| | ) |
| DEBTOR. | ) HONORABLE CAROL A. DOYLE |
| | ) U.S. BANKRUPTCY JUDGE |
| | ) |

### CERTIFICATE OF SERVICE

    I, Karen R. Goodman, an attorney, certify that I served true and correct copies of the Notice of Final Report to the Debtor, the Debtor's attorney, all parties in interest, and all creditors that hold claims for which proof of claims have been filed (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 111 East Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on August 23, 2018.

                                                  /s/ Karen R. Goodman

Karen R. Goodman (#1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 527-4000
Fax: (312) 966-8480

23415638.1

## SERVICE LIST

Richard M. Fogel
Shaw Fishman Glantz
& Towbin LLC
321 N Clark St., Suite 800
Chicago, IL 60654

David L. Hazan
Diver, Grach, Quade &
Masini, LLP
111 N. County Street
Waukegan, IL 60085

United States Trustee
219 South Dearborn Street
Suite 873
Chicago, IL 60604

Ronald R. Peterson
Jenner & Block LLP
353 N. Clark Street
36th Floor
Chicago, IL 60654

Justin Newman
Field and Goldberg, LLP
10 South LaSalle Street
Suite 2910
Chicago, IL 60603

William J. Factor
Factor Law
1363 Shermer Road
Suite 224
Northbrook, IL 60062

Charles M. Feinstein
2535 Greenview Road
Northbrook, IL 60062

Diana C. Taylor
DeSanto Morgan & Taylor
712 Florsheim Drive
Libertyville, IL 60048-5270

Bank of America
c/o Kathleen E Kraft
Thompson Coburn LLP
1909 K Street NW
Washington, DC 20006

The Prometheus Group Inc.
1 Washington Street, Ste 303
Dover, NH 03820

Elisco Design Architects LLC
2546 Mulberry Lane
Northbrook, IL 60062

WILV-FM Radio
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

WJMK-FM Radio
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

WBBM-AM/FM Radio
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

Advanced Sterilization
Products Inc
Patterson Belknap Webb &
Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Attn David W Dykhouse, Esq.

1

Marlin Business Bank
300 Fellowshp Road
Mount Laurel, NJ 08054
Attn: Bankruptcy Dept

Quarles & Brady LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654

WUSN-FM Radio
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

Rosa Maria Flores
c/o James A Karamanis
180 N Stetson, Ste 3050
Chicago, IL 60601

ZRG-CVI Lakeshore Marine Drive, LLC
McCaffrey Pircher Nichols & Meeks
900 N Michigan Ave, Ste 1000
Chicago, IL 60611

State of Illinois ex rel Douglas Wheeler
Kenneth Brennan
101 West Vandalia, Ste. 350
Edwardsville, IL 62024

Charles William Cross
Andrea Ross
STONE & JOHNSON, CHTD.
111 W. Washington St., Suite 1800
Chicago, Illinois 60602